UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.A. and S.A., minors, by and through their guardians BRETT ARONSON and KIRSTEN ARONSON; O.S., a minor, by and through his guardians TIFFANY AFLAKI and TANNER SHARTEL; and K.J.T.W. and K.L.T.W., minors, by and through their guardians KELSI THORP and PETER WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES INC., a corporation; and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-cv-01743-JHC<br><br>**STIPULATION AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>October 1, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs E.A. and S.A., minors, by and through their guardians Brett Aronson and Kirsten Aronson; O.S., a minor, by and through his guardians Tiffany Aflaki and Tanner Shartel; and K.J.T.W. and K.L.T.W., minors, by and through their guardians Kelsi Thorp and Peter Wilson (collectively, "Plaintiffs") and Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC (together, "Defendants"), by and through their undersigned counsel, hereby STIPULATE AND AGREE to extend the deadline for Defendants to answer or otherwise respond to the Complaint from October 3, 2025, to November 17, 2025.

STIPULATION AND ORDER
Case No. 2:25-cv-01743-JHC

STIPULATED AND AGREED TO this 1st day of October 2025.

**SEBRIS | BUSTO | JAMES**

By: s/ Jeffrey A. James
Jeffrey A. James, WSBA No. 18277
15375 SE 30th Pl., Suite 310
Bellevue, WA 98007
Phone: (425) 454-4233
Email: jjames@sbj.law

*Attorneys for Defendant Disney Worldwide Services Inc. and Defendant Disney Entertainment Operations LLC*

**EMERY | REDDY, PLLC**

By: s/ Timothy W. Emery (per email authorization)
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Brook E. Garberding, WSBA No. 37140
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: brook@emeryreddy.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: October 1, 2025.

                                                             _____
                                                             JOHN H. CHUN
                                                             UNITED STATES DISTRICT JUDGE