THE HONORABLE JOHN C. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.A. and S.A., minors, by and through their guardians BRETT ARONSON and KIRSTEN ARONSON; O.S., a minor, by and through his guardians TIFFANY AFLAKI and TANNER SHARTEL; and K.J.T.W. and K.L.T.W., minors, by and through their guardians KELSI THORP and PETER WILSON, individually and on behalf of all others similarly situated, | No. 2:25-CV-01743-JHC <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ***WITHOUT PREJUDICE*** |
|                        Plaintiffs, | |
|     v. | |
| DISNEY WORLDWIDE SERVICES INC., a corporation; and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company, | |
|                 Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that Plaintiffs E.A. and S.A., minors, by and through their guardians Brett Aronson and Kirsten Aronson; O.S., a minor, by and through his guardians Tiffany Aflaki and Tanner Shartel; and K.J.T.W. and K.L.T.W., minors, by and through their guardians Kelsi Thorp and Peter Wilson (collectively, "Plaintiffs") hereby voluntarily dismiss this action against all Defendants without prejudice.

PLAINTIFF'S NOTICE OF VOLUNTARILY DISMISS ***WITHOUT PREJUDICE*** - No. 2:25-CV-01743-JHC

PAGE 1 OF 3

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Plaintiffs have not previously dismissed any action based on the same or similar claim against any of the Defendants, and none of the Defendants have served an answer or motion for summary judgment in this action.

Accordingly, dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing dismissal "without a court order…before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. civ. P. 41(a)(1)(B).

DATED this 31st day of October, 2025.

RESPECTFULLY SUBMITTED:

EMERY | REDDY, PC

By:    */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Brook E. Garberding, WSBA No. 37140
Paul Cipriani, WSBA No. 59991
EMERY | REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
brook@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiffs*

PLAINTIFF'S NOTICE OF VOLUNTARILY DISMISS ***WITHOUT PREJUDICE*** - No. 2:25-CV-01743-JHC

PAGE 2 OF 3

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on October 31, 2025, I caused to be electronically filed the
foregoing document with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the following CM/ECF participants:

5

Jeffrey A. James, WSBA #18277

6

Sebris Busto James
15375 SE 30th Pl, Suite 310

7

Bellevue, WA 98007
Telephone: (425) 454-4233
Email: jjames@sjb.law

8

9

Dated this 31st day of October 2025 at Seattle, Washington.

10

11

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant

12

jennifer@emeryreddy.com

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S NOTICE OF
VOLUNTARILY DISMISS
***WITHOUT PREJUDICE*** - No.
2:25-CV-01743-JHC

PAGE 3 OF 3

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711